IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENDALL HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 24-1168<br>Judge Nora Barry Fischer<br>Magistrate Judge Christopher B. Brown |

**ORDER OF COURT**

AND NOW, this 8th day of September, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Christopher B. Brown dated July 29, 2026, (Docket No. 64), recommending that Plaintiff Kendall Hudson's Motion to Reinstate Civil Proceedings, (Docket No. 48), and Motion to Declare Settlement Agreement Void, for Sanctions and for Protective and Anti-Retaliation Relief, (Docket No. 53), be denied, and ordering that any objections be filed within 14 days such that objections were initially due from non-ECF users like Petitioner by August 17, 2026, this Court having then granted Plaintiff's request for an extension and extending the deadline for objections to September 4, 2026, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of July 29, 2026, (Docket No. 64), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion to Reinstate Civil Proceedings [48] is DENIED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Declare Settlement Agreement Void, for Sanctions, and for Protective and Anti-Retaliation Relief [53] is DENIED; and,

FINALLY, IT IS ORDERED that this case shall remain CLOSED.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Christopher B. Brown

cc: KENDALL HUDSON
HZ-2808
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370 (via first class mail)